IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT ANDERSON,<br><br>　　　　Respondent. | )<br>)<br>)<br>)<br>)<br>) Case No. 12-CV-112<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

A copy of the petition and order to show cause having been served on respondent on March 8, 2012, and the respondent having failed to file a written response to the petition by March 23, 2012, which is five business days prior to the show cause hearing,

IT IS HEREBY ORDERED that the respondent appear before Revenue Officer Ryan Gardner or designee at a time and place to be agreed upon mutually for the purpose of giving testimony concerning the tax liabilities of Robert Anderson for the taxable periods ending 2000, 2002, 2003, and 2004, and then and there produce for examination and/or photostatic copying or other mechanical means of reproduction, the following:

All records and documents specified in the Internal Revenue Service summons served upon respondent on November 14, 2011.

The examination shall continue from day to day until completed.

In the event the Revenue Officer and the respondent cannot agree mutually upon a time and place, then the respondent is ordered to appear at the office of Ryan Gardner, 10208 Park Plaza, Ste C, Rothschild,  Wisconsin 54475; telephone number 715/355-4403, at a time designated by the Revenue Officer, notice of said time and place to be given to the respondent by means of a certified letter mailed to the respondent at his or her last known business address at least ten (10) days prior to the date set by the Revenue Officer or his or her designee.

Dated this 27th day of March , 2012.

WILLIAM M. CONLEY
United States District Judge